Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California  90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

JS - 6

Attorneys for Plaintiff
Nippon Yusen Kaisha

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, doing business as NYK LINE;  NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA;<br><br>          Plaintiffs,<br><br>     vs.<br><br>AGAPE INTERNATIONAL SHIPPING; GENERAL CARGO & LOGISTICS; HORACIO SEGURA;<br><br>          Defendant.<br>_____ | CASE NO.: CV12-10068 RGK (JEMx)<br><br>IN ADMIRALTY<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to the Stipulation for Judgment filed by the parties, which is hereby approved, the Court hereby orders that judgment be entered as follows:

THE COURT ORDERS that judgment be entered against Agape International Shipping and Horacio Segura, and in favor of Nippon Yusen Kaisha, in the amount of $22,000.35, plus prejudgment interest of $118.12, plus attorneys' fees of $3,537.50, plus collection costs of $265.00, for a total judgment of $25,920.97. Agape International Shipping and Horacio Segura are jointly and severally liable for the total judgment of $25,920.97.

THE COURT FURTHER ORDERS that judgment be entered against General Cargo & Logistics, and in favor of Nippon Yusen Kaisha, in the amount of $18,958.32, plus prejudgment interest of $246.76, plus attorneys' fees of $3,537.50, plus collection costs of $265.00, for a total judgment of $23,007.58.

Nippon Yusen Kaisha is also entitled to post judgment interest on the judgment pursuant to 28 U.S.C. §1961, until paid.

Dated: November 19, 2013 _____

United States District Judge